**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERCIA,
  for the use of FERGUSON
  ENTERPRISES, INC.,

      Plaintiff,       :      Case No. 3:12-CV-159

  -vs-

                                  Judge Timothy S. Black
                                  Magistrate Judge Michael J. Newman

WEST BEND MUTUAL
  INSURANCE CO.,

      Defendant.      :

---

**ORDER**

---

The undersigned hereby **RECUSES** himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

May 29, 2012

                                              s/**Michael J. Newman**
                                            United States Magistrate Judge